ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

The FOUNDATION FOR A CHRIS-
TIAN CIVILIZATION, INC.,
Appellant,

v.

MARY QUEEN OF THE THIRD
MILLENIUM, INC.,
Appellee.

No. 2009–1432.

United States Court of Appeals,
Federal Circuit.

Jan. 7, 2010.

Jordan S. Weinstein, Oblon, Spivak, McClelland, Maier, & Neustadt, L.L.P., of Alexandria, VA, argued for appellant. With him on the brief was David J. Kera.

Michael C. Cesarano, Feldman Gale, P.A., of Miami, FL, argued for appellee.

MICHEL, Chief Judge, BRYSON and DYK, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

FINISAR CORPORATION,
Plaintiff–Appellant,

v.

The DIRECTV GROUP, INC., DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC, Hughes Network Systems, Inc., and DirecTV, Inc., Defendants–Appellees.

No. 2009–1410.

United States Court of Appeals,
Federal Circuit.

Jan. 8, 2010.

Charles L. Roberts, Workman Nydegger, of Salt Lake City, UT, argued for plaintiff-appellant. With him on the brief were C.J. Veverka, and David R. Todd.

Gregory A. Castanias, Jones Day, of Washington, DC, argued for defendants-appellees. With him on the brief were Jennifer L. Swize; and Victor G. Savikas, Louis L. Touton and Kevin G. McBride, of Los Angeles, CA.

RADER, PROST, and MOORE, Circuit Judges.